ORIGINAL

carolinecabrerainf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00023 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641]<br>(Misdemeanor) |
| CAROLINE CABRERA, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 28, 2006, in the District of Guam, the defendant herein, CAROLINE CABRERA, willfully and knowingly did embezzle, steal, convert to her own use and without authority dispose of a thing of value of the United States, to wit: merchandise from Andersen Air Force Base, with the intent to permanently deprive the owner the use and enjoyment thereof, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 13 day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney