# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00023**
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name    ___CAROLINE CABRERA___

Alias Name    _____

Address    _____
           _____

Birthdate XX/XX/1967  SS# XXX-XX-820X  Sex __F__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA ___KRISTIN D. ST. PETER___

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __3/13/07__    Signature of AUSA: ___K.D. St Peter___

**RECEIVED MAR 13 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**