LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00023 |
| Plaintiff. | ) |
| vs. | ) **O R D E R** |
| | ) **re United States' Request for** |
| CAROLINE CABRERA, | ) **Issuance of Summons** |
| Defendant. | ) |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Wednesday, March 21, 2007, at 1:30 p.m.

*/s/ Joaquin V.E. Manibusan, Jr.*
*U.S. Magistrate Judge*
**Dated: Mar 14, 2007**