# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**CAROLINE CABRERA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00023 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    Honorable Joaquin V. E Manibusan, Jr. | Room<br>**413** |
|---|---|
| | Date and Time<br>**Wednesday, March 21, 2007 at 1:30 p.m.** |

To answer a(n)
     Indictment    **X**   Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **641**

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY (Misdemeanor) - Count 1**

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2007
**MARY L.M. MORAN**
**CLERK OF COURT**

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_[signature] Marilyn B. Alcon_
Signature of Issuing Officer

__March 14, 2007__
Date

# RETURN OF SERVICE

Service was made by me on:[1]     Date   3/16/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

     USMS - Hapeda, G

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   3/16/07
              Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.