# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00023 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| CAROLINE CABRERA, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to March 15, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 21, 2007**