1  LEONARDO M. RAPADAS
   United States Attorney
2  KRISTIN D. ST. PETER
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY -1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00023 |
| Plaintiff, ) | |
| vs. ) | MOTION TO VACATE TRIAL |
| CAROLINE CABRERA, ) | |
| Defendant. ) | |

COMES NOW the United States of America and hereby motion this Honorable Court to vacate the trial in the above case. The defendant has entered and has been accepted by U.S. Probation Office, into a pretrial diversion on May 1, 2007 for eighteen (18) months. Upon her successful completion of the pretrial diversion, the government will move to dismiss the Information.

DATED this 1st day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney