LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00023 |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Motion to Vacate Trial** |
| CAROLINE CABRERA, | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the Trial currently scheduled for May 15, 2007, is hereby vacated.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 04, 2007**